JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU, | Case No. 2:23-cv-08912-JVS-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUPERIOR COURT OF | |
| CALIFORNIA, | |
| Respondent. | |

IT IS HEREBY ADJUDGED, that, for the reasons set forth in the Order Dismissing Action for Failure to Provide Post-Release Address, this action is dismissed without prejudice.

DATED:  January 23, 2024

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE