JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE JEONG LYU, | Case No. 2:23-cv-08912-JVS-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUPERIOR COURT OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Denying Request for Hearing and Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Claim One of the Petition is dismissed for lack of jurisdiction and Claims Two through Nine are dismissed as untimely.

DATED: August 30, 2024

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE